Certificate Number: 16339-PAE-DE-040221386

Bankruptcy Case Number: 22-12344



16339-PAE-DE-040221386

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on October 21, 2025, at 11:27 o'clock AM EDT, Janice Bonner completed a course on personal financial management given by telephone by Second Bankruptcy Course, LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date: October 21, 2025

By: /s/Kris Krumal

Name: Kris Krumal

Title: Certified Financial Counselor