United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  
Janice A. Bonner  
    Debtor

Case No. 22-12344-djb  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: admin      Page 1 of 3  
Date Rcvd: Oct 21, 2025      Form ID: 138OBJ      Total Noticed: 27

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 23, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Janice A. Bonner, 3941 Lankenau Avenue, Philadelphia, PA 19131-2808 |
| 14719312 | | PA Dept. of Revenue, Bankruptcy Division, Bureau of Compliance, P.O. Box 280946, Harrisburg, PA 17120-0946 |
| 14719314 | + | Philadelphia Traffic Court, Hon. Gary Glazer, 800 Spring Garden Street, Philadelphia, PA 19123-2616 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Oct 22 2025 00:47:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Oct 22 2025 00:47:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14719304 | | Email/Text: megan.harper@phila.gov | Oct 22 2025 00:47:00 | City of Philadelphia, Bankruptcy Unit, 15th Floor, 1515 Arch Street, Philadelphia, PA 19102 |
| 14719303 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Oct 22 2025 01:15:32 | Capital One, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 14723476 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Oct 22 2025 00:55:37 | Capital One Bank (USA), N.A. by American InfoSourc, PO Box 71083, Charlotte NC 28272-1083 |
| 14723088 | + | Email/PDF: ebn_ais@aisinfo.com | Oct 22 2025 00:54:13 | Capital One N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14719305 | + | Email/Text: bankruptcy@philapark.org | Oct 22 2025 00:48:00 | City of Philadelphia, Parking Violation Branch, PO Box 41819, Philadelphia, PA 19101-1819 |
| 14719306 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Oct 22 2025 00:47:00 | Commonwealth of PA, Dept. of Revenue, Bureau of Compliance, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14721635 | | Email/Text: mrdiscen@discover.com | Oct 22 2025 00:47:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14719307 | + | Email/Text: mrdiscen@discover.com | Oct 22 2025 00:47:00 | Discover Financial, Attn: Bankruptcy, PO Box 3025, New Albany, OH 43054-3025 |
| 14719308 | | Email/Text: bankruptcycourts@equifax.com | Oct 22 2025 00:47:00 | Equifax, P.O. Box 740241, Atlanta, GA 30374 |
| 14719309 | ^ | MEBN | Oct 22 2025 00:36:51 | Experian, Profile Maintenance, P.O. Box 9558, Allen, Texas 75013-9558 |
| 14733252 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Oct 22 2025 00:47:00 | I.R.S., P.O. Box 7317, Philadelphia, PA 19101-7317 |
| 14720282 | | Email/PDF: resurgentbknotifications@resurgent.com | Oct 22 2025 00:54:31 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |

Case 22-12344-djb   Doc 34   Filed 10/23/25   Entered 10/24/25 00:42:02   Desc Imaged
Certificate of Notice   Page 2 of 4

| District/off: 0313-2 | User: admin | Page 2 of 3 |
| --- | --- | --- |
| Date Rcvd: Oct 21, 2025 | Form ID: 138OBJ | Total Noticed: 27 |

| Recip ID | | Notice Method | Date/Time | Name and Address |
| --- | --- | --- | --- | --- |
| 14723675 | | Email/Text: inveniobkt@phillips-cohen.com | Oct 22 2025 00:47:00 | PCA Acquisition V, LLC, Phillips & Cohen Associates, LTD, 1002 Justison Street, Wilmington, DE 19801-1002 |
| 14719313 | + | Email/Text: bankruptcy@philapark.org | Oct 22 2025 00:48:00 | Philadelphia Parking Authority, Bankruptcy Department, 701 Market Street, Philadelphia, PA 19106-1538 |
| 14719315 | + | Email/PDF: resurgentbknotifications@resurgent.com | Oct 22 2025 00:54:21 | Resurgent Capital Services, Attn: Bankruptcy, PO Box 10497, Greenville, SC 29603-0497 |
| 14719316 | | Email/PDF: ais.sync.ebn@aisinfo.com | Oct 22 2025 00:54:11 | Syncb/walmart, P.O. Box 965035, Orlando, FL 32896-5035 |
| 14719629 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 22 2025 00:54:51 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14719423 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 22 2025 01:30:48 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14719317 | | Email/Text: DASPUBREC@transunion.com | Oct 22 2025 00:47:00 | Trans Union Corporation, Public Records Department, 555 West Adams Street, Chicago, IL 60661 |
| 14719318 | + | Email/PDF: Bankruptcynoticeshomelending@wellsfargo.com | Oct 22 2025 01:16:07 | Wells Fargo Bank NA, Attn: Bankruptcy, 1 Home Campus MAC X2303-01A 3rd FL, Des Moines, IA 50328-0001 |
| 14732404 | + | Email/PDF: BankruptcynoticesExceptions@wellsfargo.com | Oct 22 2025 02:35:31 | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 9210, Des Moines, IA 50306-9210 |
| 14731968 | | Email/PDF: BankruptcynoticesCCSBKOperations@wellsfargo.com | Oct 22 2025 02:04:50 | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |

TOTAL: 24

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
| --- | --- | --- |
| 14719310 | * | I.R.S., P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 14719311 | * | I.R.S., P.O. Box 7346, Philadelphia, PA 19101-7346 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Oct 23, 2025        Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 21, 2025 at the address(es) listed

District/off: 0313-2 | User: admin | Page 3 of 3
Date Rcvd: Oct 21, 2025 | Form ID: 138OBJ | Total Noticed: 27

**below:**

| Name | Email Address |
|---|---|
| KENNETH E. WEST | ecfemails@ph13trustee.com  philaecf@gmail.com |
| MICHAEL A. CIBIK | on behalf of Debtor Janice A. Bonner help@cibiklaw.com noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 3

*Form 138OBJ* (6/24)−doc 33 − 27

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  )
   Janice A. Bonner  )  Case No. 22−12344−djb
     )
     )
   Debtor(s).  )  Chapter: 13
     )
     )

## NOTICE OF DEADLINE TO OBJECT TO DISCHARGE

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § l328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

Eastern District of Pennsylvania
900 Market Street
Suite 400
Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.

Date: October 21, 2025

For The Court

Mohung Wong
Clerk of Court